UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGUSTIN GONZALEZ ROSETE,

                           Plaintiff,

             -against-

REAL ROYAL INC. *and* NORBERTO
HERNANDEZ,

                           Defendants.

**ORDER**

25-cv-4848 (ER)

RAMOS, D.J.:

        The Court having been advised that the parties have reached agreement on all issues, the

parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport*

*Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by no later than December 1, 2025.

        SO ORDERED.

Dated:    November 14, 2025
          New York, New York

_____
              Edgardo Ramos, U.S.D.J.