**R&A**
**ROSS&ASMAR LLC**
ATTORNEYS AT LAW

499 7th Avenue, 23rd FL. S. Tower
New York, New York 10018

tel_212.736.4202
fax_212.736.2873
www.rossasmar.com

December 1, 2025

Via ECF Filing

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY

**MEMO ENDORSED**

RE:    *Rosette v. Real Royal*
       Case No. 25-CV-04848 (ER)

Dear Judge Ramos:

Ross & Asmar LLC represents Plaintiff in the above-referenced action.  I write regarding the Court's November 14, 2025 Order [ECF 20] directing submission of the request for *Cheeks* approval on or before December 1, 2025.  I write to respectfully request an additional 2 weeks to submit the request for *Cheeks* approval.  I have prepared a draft of the settlement agreement.  Counsel needs this short adjournment to finalize the details of the settlement agreement and to get client signatures.

I respectfully request until December 15, 2025 to submit the request for *Cheeks* approval.  Counsel for the defendants consents to this request.

The request is granted.  The parties are directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by December 15, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: December 1, 2025
New York, New York

Respectfully,

Steven B. Ross, Esq.
Ross & Asmar LLC