**R&A**
ROSS & ASMAR LLC
ATTORNEYS AT LAW

499 7th Avenue, 23rd FL. S. Tower
New York, New York 10018

tel_212.736.4202
fax_212.736.2873
www.rossasmar.com

December 12, 2025

Via ECF Filing

**MEMO ENDORSED**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY

RE:    *Rosette v. Real Royal*
       Case No. 25-CV-04848 (ER)

Dear Judge Ramos:

Ross & Asmar LLC represents Plaintiff in the above-referenced action.  By Order dated November 14, 2025 Order [ECF 20] the Court directed the submission of the request for *Cheeks* approval on or before December 1, 2025.  On December 1, I wrote to request an additional 2 weeks – to December 15.  That request was granted.

I write to respectfully request an additional 2 weeks to submit the request for *Cheeks* approval.  We have a draft of the settlement agreement.  Counsel for the defendant and I have been negotiating terms and still have some sticking points.  I expect that we will resolve these issues.

I respectfully request an additional 2 week - until December 29, 2025 to submit the settlement agreement and request for *Cheeks* approval.  Counsel for the defendants consents to this request.

The request is granted. The parties are directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by December 29, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: December 15, 2025
New York, New York

Respectfully,

Steven B. Ross, Esq.
Ross & Asmar LLC