**R&A**
ROSS&ASMAR LLC
ATTORNEYS AT LAW

499 7th Avenue, 23rd FL. S. Tower
New York, New York 10018

tel_212.736.4202
fax_212.736.2873
www.rossasmar.com

December 29, 2025

Via ECF Filing

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY

## MEMO ENDORSED

RE:  *Rosette v. Real Royal*
     Case No. 25-CV-04848 (ER)

Dear Judge Ramos:

Ross & Asmar LLC represents Plaintiff in the above-referenced action.

I write to respectfully request additional time – just over 2 weeks to submit the settlement agreement and request for *Cheeks* approval.  Counsel for the Defendants and I had thought we could resolve all issues so that the settlement and Cheeks request could be finalized.  However, due to the holiday vacation schedules of counsel and the parties, we could not finalize.   This is the third such request.  The Court has graciously granted our prior requests.  [ECF 22, 24].

I understand that a third request is somewhat unusual.  However, as noted above, the holiday season has delayed our finalizing this matter.

I respectfully request until January 15, 2026 to submit the settlement agreement and request for *Cheeks* approval.  Counsel for the defendants consents to this request.

The request is granted. The parties are directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by January 15, 2026.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:  December 30, 2025
New York, New York

Respectfully,

Steven B. Ross, Esq.
Ross & Asmar LLC